IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:06-CV-0801 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CHARLOTTE CRISS and** | : | |
| **DAVID W. CRISS, SR.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 9th day of February, 2007, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 12) to confirm the December 14, 2006, United States Marshal sale of the foreclosed real property, located at 5290 Blue Hill Road, Glenville, Pennsylvania is GRANTED. The United States Marshal is directed to execute and deliver to ADAMS COUNTY INTERFAITH HOUSING CORP., their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of CHARLOTTE CRISS and DAVID W. CRISS, SR., in and to the premises sold, located at 5290 Blue Hill Road, Glenville, Pennsylvania, 17329. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge